S. Calvin Myung, Esq. (SBN 216853)
**LAW OFFICES OF S. CALVIN MYUNG**
3700 Wilshire Boulevard, Suite 500
Los Angeles, California 90010
Telephone (213) 382-3600
Email: scalvinmyunglaw@gmail.com

Attorneys for Defendant,
747 GREEN STREET, LLC,
a California limited liability company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EVERSOLE,<br><br>                                   Plaintiff,<br><br>             vs.<br><br>747 GREEN STREET, LLC, a California<br>Limited Liability Company; and DOES 1-<br>10,<br><br>                                   Defendants. | Case No. 2:20-cv-11700-JFW (KSx)<br><br>**DEFENDANT'S ANSWER TO COMPLAINT** |

Defendant, 747 GREEN STREET, LLC,  answers the Complaint as follows:

1.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and on that basis denies such allegations.

2.      Defendant admits the allegations contained in paragraph 2.

3.      Defendant admits the allegations contained in paragraph 3.

4.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4, and on that basis denies such allegations.

5.      Defendant lacks knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph 5, and on that basis denies such allegations.

6.      Defendant denies that this Court should exercise supplemental jurisdiction over Plaintiff's state law claim.

7.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7, and on that basis denies such allegations.

8.      Defendant denies the allegations contained in paragraph 8.

9.      Defendant admits the allegations contained in paragraph 9.

10.     Defendant denies the allegations contained in paragraph 10.

11.     Defendant denies the allegations contained in paragraph 11.

12.     Defendant denies the allegations contained in paragraph 12.

13.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13, and on that basis denies such allegations.

14.     Defendant denies the allegations contained in paragraph 14.

15.     Defendant denies the allegations contained in paragraph 15.

16.     Defendant denies the allegations contained in paragraph 16.

17.     Defendant denies the allegations contained in paragraph 17.

18.     Defendant denies the allegations contained in paragraph 18.

19.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19, and on that basis denies such allegations.

20.     Defendant denies the allegations contained in paragraph 20.

21.     Defendant denies the allegations contained in paragraph 21.

22.     In response to paragraph 22, Defendant refers to and incorporates herein by reference the responses to paragraph 1 through 21 above.

23.     Defendant lacks knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph 23, and on that basis denies such allegations.

24.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24, and on that basis denies such allegations.

25.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 and on that basis denies such allegations.

26.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26, and on that basis denies such allegations.

27.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27, and on that basis denies such allegations.

28.    In response to paragraph 28, Defendant refers to and incorporates herein by reference the responses to paragraph 1 through 27 above.  Further, Defendant denies that this Court should exercise supplemental jurisdiction over Plaintiff's state law claim.

29.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29, and on that basis denies such allegations.  Further, Defendant denies that this Court should exercise supplemental jurisdiction over Plaintiff's state law claim.

30.    Defendant denies the allegations contained in paragraph 30. Further, Defendant denies that this Court should exercise supplemental jurisdiction over Plaintiff's state law claim.

31.    Defendant denies the allegations contained in paragraph 31. Further, Defendant denies that this Court should exercise supplemental jurisdiction over Plaintiff's state law claim.

1    32.    Defendant denies the allegations contained in paragraph 32. Further,

2  Defendant denies that this Court should exercise supplemental jurisdiction over

3  Plaintiff's state law claim.

4                    **FIRST AFFIRMATIVE DEFENSE**

5    33.    As a first affirmative defense, Defendant alleges that the Complaint fails

6  to state a claim for which relief can be granted.

7                   **SECOND AFFIRMATIVE DEFENSE**

8    34.    As a second affirmative defense, Defendant alleges that Plaintiff does

9  not have standing.

10                   **THIRD AFFIRMATIVE DEFENSE**

11    35.    As a third affirmative defense, Defendant alleges that Plaintiff has

12  suffered no damages and/or has failed to mitigate his/her damages, if any.

13                   **FOURTH AFFIRMATIVE DEFENSE**

14    36.    As a fourth affirmative defense, Defendant alleges that at all times,

15  Defendant acted in a commercially reasonable and lawful manner.

16                    **FIFTH AFFIRMATIVE DEFENSE**

17    37.    As a fifth affirmative defense, Defendant alleges that it fully performed

18  and discharges its duties and obligations, if any, to Plaintiff.

19                    **SIXTH AFFIRMATIVE DEFENSE**

20    38.    As a sixth affirmative defense, Defendant alleges that Plaintiff's

21  Complaint is barred by the doctrine of waiver.

22                  **SEVENTH AFFIRMATIVE DEFENSE**

23    39.    As a seventh affirmative defense, Defendant alleges that Plaintiff's

24  Complaint is barred by the doctrine of laches.

25                   **EIGHTH AFFIRMATIVE DEFENSE**

26    40.    As an eighth affirmative defense, Defendant alleges that Plaintiff's

27  claims are barred, in whole or in part, by lack of privity.

28  ///

## NINTH AFFIRMATIVE DEFENSE

41.     As a ninth affirmative defense, Defendant alleges that Plaintiff would be unjustly enriched if allowed to recover on this Complaint.

## TENTH AFFIRMATIVE DEFENSE

42.     As a tenth affirmative defense, Defendant alleges that Plaintiff's Complaint is barred by the applicable statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

43.     As an eleventh affirmative defense, Defendant alleges that the alleged acts of Defendant were performed in the exercise of good faith, with good cause, were based upon legitimate facts, and were reasonable and justified under the circumstances.

## TWELFTH AFFIRMATIVE DEFENSE

44.     As a twelfth affirmative defense, Defendant alleges that the business is in compliance under California's Unruh Civil Rights Act and the American Disabilities Act.

## THIRTEENTH AFFIRMATIVE DEFENSE

45.     As a thirteenth affirmative defense, Defendant alleges that the alleged damages sustained by Plaintiff, if any, are the proximate result of the acts and/or omissions of parties over which Defendant exercised no control.

## FOURTEENTH AFFIRMATIVE DEFENSE

46.     As a fourteenth affirmative defense, this Court lacks supplemental jurisdiction over Plaintiff's state law claim.

## FIFTEENTH AFFIRMATIVE DEFENSE

47.     As a fifteenth affirmative defense, Plaintiff is not entitled to monetary damages.

## SIXTEENTH AFFIRMATIVE DEFENSE

48.     As a sixteenth affirmative defense, Defendant alleges that Plaintiff failed to comply with the notice requirements under *Civil Code* Section 55.54.

## SEVENTEENTH AFFIRMATIVE DEFENSE

49.     As a seventeenth affirmative defense, Plaintiff's claims are moot.

## EIGHTEENTH AFFIRMATIVE DEFENSE

50.     As an eighteenth affirmative defense, Plaintiff's claims are barred because the claimed violations are "de minimis," and non-actionable because they do not materially impair Plaintiff's use of an area for an intended purpose.

## NINETEENTH AFFIRMATIVE DEFENSE

51.     As a nineteenth affirmative defense, Plaintiff's claims are barred because the subject property has provided "equivalent facilitation" in the form of alternative designs that provide substantially equivalent or greater access to and usability of the facility.

## TWENTIETH AFFIRMATIVE DEFENSE

52.     As a twentieth affirmative defense, Defendant was willing to accommodate Plaintiff.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

53.     As a twenty-first affirmative defense, Defendant was able to provide services for Plaintiff, via an alternative method.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

54.     As a twenty-second affirmative defense, Defendant has made good faith efforts to comply with the ADA and the Unruh Act, including providing appropriate alternative access.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

55.     As a twenty-third affirmative defense, Defendant alleges that it presently has insufficient knowledge or information upon which to form a belief it may have additional, yet unstated, affirmative defense.  Defendant reserves the right to asset additional affirmative defenses in the event discovery indicates that additional affirmative defenses are appropriate.

WHEREFORE, Defendant prays for judgment as follows:

a.    That Plaintiff take nothing by his/her Complaint;

b.    For reasonable attorney's fees and costs of suit incurred herein; and

c.    For such other and further relief as the Court may deem just and proper.


Dated: February 11, 2021          **LAW OFFICES OF S. CALVIN MYUNG**

                                  By: /s/ S. Calvin Myung
_____                             S. CALVIN MYUNG
                                  Attorney for Defendant
                                  747 GREEN STREET, LLC