1 | CENTER FOR DISABILITY ACCESS
2 | Chris Carson, Esq., SBN 280048
  | Raymond Ballister Jr., Esq., SBN 111282
3 | Dennis Price, Esq., SBN 279082
  | 8033 Linda Vista Road, Suite 200
4 | San Diego, CA 92111
5 | (858) 375-7385; (888) 422-5191 fax
  | amandas@potterhandy.com
6 | Attorneys for Plaintiff DARRYL EVERSOLE

7

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA

10 | DARRYL EVERSOLE,                ) Case No.: 2:20-CV-11700-JFW-KS
11 |                                 )
   |         Plaintiff,              )
12 |                                 ) **NOTICE OF SETTLEMENT**
   |     v.                          )
13 |                                 )
14 | 747 GREEN STREET, LLC, a California )
   | Limited Liability Company; and Does 1- )
15 | 10,                             )
   |                                 )
16 |         Defendant.              )
17 |                                 )

18

19     The plaintiff hereby notifies the court that a global settlement has been reached in
20 the above-captioned case.

21

22

23 Dated: May 11, 2021                    CENTER FOR DISABILITY ACCESS

24                                        By:   /s/Amanda Seabock
25                                              Amanda Seabock
                                                Attorney for Plaintiff

26

27

28