CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

S. CALVIN MYUNG (SBN: 216853)
scalvinmyunglaw@gmail.com
LAW OFFICES OF S. CALVIN MYUNG
3600 Wilshire Boulevard, Suite 1510
Los Angeles, California 90010
Telephone: (213) 382-3600
scalvinmyunglaw@gmail.com
Attorney for Defendant,
747 Green Street, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EVERSOLE,<br><br>Plaintiff,<br><br>v.<br><br>747 GREEN STREET, LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendant. | Case: 2:20-CV-11700-JFW-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 8, 2021                    CENTER FOR DISABILITY ACCESS

By:    /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Dated: June 8, 2021                    LAW OFFICES OF S. CALVIN MYUNG

By:    /s/ S. Calvin Myung
S. Calvin Myung
Attorney for Defendant
747 Green Street, LLC

2

## <u>SIGNATURE CERTIFICATION</u>

I hereby certify that the content of this document is acceptable to S. Calvin Myung, counsel for 747 Green Street, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 8, 2021                    CENTER FOR DISABILITY ACCESS

                                       By:___/s/Amanda Seabock_____
                                          Amanda Seabock
                                          Attorney for Plaintiff

3